BILL NO. 22-024

ORDINANCE NO. 2008

AN ORDINANCE OF THE CITY OF COTTLEVILLE, MISSOURI, PROVIDING FOR THE APPROVAL OF A FINAL PLAN FOR HARMONY POINTE LOCATED IN THE CITY

**WHEREAS**, an application was submitted to the City of Cottleville, Missouri (the "City"), by Harmony Pointe LLC ("Owner") for the approval of an Amended Area Plan for a Planned Unit Development (the "Amended Area Plan"), consisting of certain tracts of land located in the City, and more particularly described in **Exhibit A**, attached hereto and incorporated by reference herein (the "Property"); and

**WHEREAS**, on December 15, 2021, via Ordinance 1979, the Board of Aldermen of the City (the "Board of Aldermen") approved the Amended Area Plan, subject to future approval of the elevations for the buildings shown on the Amended Area Plan (the "Elevations"), which are attached hereto as **Exhibit B**, and incorporated by reference herein; and

**WHEREAS**, the Elevations were reviewed and considered by the Old Town Historic District Commission and the Board; and

**WHEREAS**, the Elevations were approved by the Old Town Historic District Commission on April 7, 2022; and

**WHEREAS**, an application was submitted to the City by the Owner for the approval of a Final Plan for a Planned Unit Development on the Property.

**NOW, THEREFORE, BE IT ORDAINED BY THE BOARD OF ALDERMEN OF THE CITY OF COTTLEVILLE, MISSOURI, AS FOLLOWS:**

**SECTION 1.** That an application was made for approval of a Final Plan for Harmony Pointe before the Board of Aldermen of the City of Cottleville, Missouri, and approval is hereby granted for said Final Plan prepared by Bax Engineering, Co., dated 4-12-22, and referencing Project Number 16-16771D, which approved Final Plan is on file in the office of the City Clerk and incorporated by reference herein (the "Approved Final Plan"), subject to the Owner's compliance with all conditions reflected on the Approved Final Plan, the Amended Area Plan, and Ordinance 1979.

**SECTION 2.** That the Elevations attached hereto as **Exhibit B** are hereby approved.

**SECTION 3**. <u>Savings Clause</u>: Except as expressly set forth herein, nothing contained in this Ordinance shall in any manner be deemed or construed to alter, modify, supersede, supplant or otherwise nullify any other Ordinance of the City or the requirements thereof whether or not relating to or in any manner connected with the subject matter hereof.



1

**SECTION 4**.  <u>Severability Clause</u>:  If any term, condition, or provision of this Ordinance shall, to any extent, be held to be invalid or unenforceable, the remainder hereof shall be valid in all other respects and continue to be effective and each and every remaining provision hereof shall be valid and shall be enforced to the fullest extent permitted by law, it being the intent of the Board of Aldermen that it would have enacted this Ordinance without the invalid or unenforceable provisions.  In the event of a subsequent change in applicable law so that the provision which had been held invalid is no longer invalid, said provision shall thereupon return to full force and effect without further action by the City and shall thereafter be binding.

**SECTION 5**.  <u>Effective Date</u>:  This Ordinance shall be in full force and take effect from and after its final passage and approval.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]

Read the first (1st) time this __20__ day of __April__, 2022.

_____
As Presiding Officer and as Mayor

Attest: __Amy C. Lewis__
City Clerk

Read the second (2nd) time and passed this __18__ day of __May__, 2022.

_____
As Presiding Officer and as Mayor

Attest: __Amy C. Lewis__
City Clerk

Approved this __18__ day of __May__, 2022.

_____
Mayor

Attest: _____
City Clerk

3

EXHIBIT A

HARMONY POINTE
LEGAL DESCRIPTION

A tract of land being all of Adjusted Lot 4B of "Shatro Addition Resubdivsion of Lots 4A and 4B", a subdivision according to the plat thereof recorded as Document Number 2021R-008647 of the St. Charles County Records, in U.S. Survey 304, Township 46 North, Range 3 East of the Fifth Principal Meridian, City of Cottleville, St. Charles County Missouri, containing 4.453 acres.










