# PLANNED UNIT DEVELOPMENT AGREEMENT
# COTTLEVILLE MIXED USE DEVELOPMENT

THIS PLANNED UNIT DEVELOPMENT AGREEMENT ("Agreement") is made and entered into as of the 10th day of June, 2022, by and among the City of Cottleville, Missouri, a city of the fourth class in the County of St. Charles, Missouri, and a municipal corporation organized and existing under the laws of the State of Missouri (hereinafter referred to as the "City"), and HARMONY POINTE LLC, a Missouri limited liability company (hereinafter referred to as the "Owner").

## WITNESSETH:

**WHEREAS**, the Property Owner is the fee simple owner of certain tracts of land legally described on **Exhibit A** attached hereto and incorporated herein by this reference (hereinafter referred to as the "Property"); and

**WHEREAS**, an application was submitted by the Applicant for the rezoning of, and approval of an Area Plan for the development of the Property, attached hereto as **Exhibit B** and incorporated herein by this reference (the "Area Plan"); and

**WHEREAS**, the Applicant intends to construct a mixed use development, consisting of multi-family dwellings and apartments, miscellaneous retail uses, and eating and drinking places, on the Property; and

**WHEREAS**, the City, the Property Owner, and the Applicant desire to enter into an agreement setting forth the Applicant's intended development of the Property, as contemplated by the City's Zoning and Subdivision Regulations established by Title IV, Land Use, Chapters 405 and 410 of the Municipal Code of the City of Cottleville, Missouri, along with any amendments thereto (the "Zoning Ordinance"); and

**WHEREAS**, the City, the Property Owner, and the Applicant desire that a Planned Unit Development, as defined and provided for by the Zoning Ordinance, be established upon the Property, and that the Property be developed in a manner consistent with the Area Plan; and

**WHEREAS**, the City, in approving the Area Plan, requires that an agreement be entered into for the purpose of providing for completion of the Area Plan and restricting the land uses to those indicated in the Area Plan.

**NOW THEREFORE**, for and in consideration of the mutual covenants and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. The Applicant and the Property Owner will proceed with construction of the Planned Unit Development in accordance with the aforementioned Area Plan (or in accordance with a revised Area Plan, if any such be proposed by the Applicant and the Property



1

Owner (or their successors in interest) and subsequently be approved by the City, all in conformance with the then controlling sections of the Zoning Ordinance).

2. The Applicant and the Property Owner will cause to be prepared and submitted to the City, for its approval, a Final Plan and all necessary plans for the installation of public streets, street lights, storm and sanitary sewers, waterlines, sidewalks, street signs and other appurtenant public structures required by law or ordinance, if any. Approval of the Area Plan shall expire and be of no effect one (1) year after the date of approval unless a Final Plan has been submitted by the Property Owner and approved by the Board of Aldermen (the "Board") pursuant to the requirements of the Zoning Ordinance.

3. The Applicant and the Property Owner will cause to be prepared and submitted to the City, for its approval, a final plat, suitable for recording with the Office of the Recorder of Deeds of St. Charles County, Missouri, upon which will be shown all land, if any, to be dedicated for public street purposes, and all easements necessary for the installation or maintenance of public utilities, if any.

4. The City agrees that the Applicant and the Property Owner (or their successors in interest) are entitled to develop the Property described in conformance with the Area Plan, except as concerns those matters not addressed therein, and the Applicant and the Property Owner will comply with the applicable terms and provisions of the Municipal Code of the City of Cottleville, Missouri (the "Municipal Code").

5. The City will issue building permits, if necessary, with respect to the Property in as timely a manner as practicable, or will enumerate in writing the reasons, if any, why such permits cannot be issued, so that the Applicant and the Property Owner may efficiently pursue completion of the Area Plan within the time frames set forth herein.

6. The Applicant and the Property Owner, having to the best of its knowledge provided the City with all information required by the appropriate sections of the Zoning Ordinance pertaining to the R-1B, Single-Family Residential, S-D/OT, Special District/Old Town Cottleville, and P.U.D., Planned Unit Development, zoning districts, agree that any information inadvertently omitted will be provided upon request, as soon as it may reasonably be obtained.

7. All building setbacks shall comply with the Area Plan

8. The Applicant and the Property Owner shall submit and receive approval of a Landscape Plan meeting the requirements of Chapter 405, Article VII of the Municipal Code.

9. Building elevations, building height, exterior architectural features and building materials will be consistent with the Area Plan and with the architectural plans attached hereto as **Exhibit C** and incorporated herein by this reference.

BOA Record 000134

10. Management of storm water shall comply with the Municipal Code.

11. City trash service shall serve the Property, including recycling services.

12. The Applicant and the Property Owner (or their successors in interest) shall have all electric service serving the Property run underground unless otherwise waived by the Director of Public Works.

13. The City shall accept for dedication, in accordance with the Municipal Code, any storm sewer lines serving the Property. Following the installation of all such public improvements on the Property by the Applicant and the Property Owner (or their successors in interest), the City shall inspect the same and, provided they conform to the plans and specifications approved by the City, the City shall accept the same for dedication. The City, the Applicant, and the Property Owner shall enter into standard deposit agreements for construction guarantees and maintenance guarantees as set forth in Sections 410.330 and 410.340 of the Municipal Code.

14. The Applicant and the Property Owner may, with the prior written approval of the City, assign its rights and obligations under this Agreement in connection with any conveyance of its interest in all or part of the Property to any third party who is not a signatory to this Agreement, provided that: (i) any such assignee agrees to assume the Applicant's and the Property Owner's obligations under this Agreement with respect to the Property, (ii) upon such assignment and assumption, the Applicant and the Property Owner shall, as relates to the Property, be released from the terms hereof, and (iii) any assignment of the rights or obligations hereunder shall be in writing and shall be recorded in the records of the Office of the Recorder of Deeds of St. Charles County, Missouri. Anything to the contrary contained herein notwithstanding, this Agreement shall run with the land and shall be binding on and inure to the benefit of the parties hereto, and their successors and assigns.

15. If any provision of this Agreement shall, to any extent, be held invalid or unenforceable, the remainder of this Agreement shall not be affected thereby, and each provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

16. In the event that any party hereto brings an action or proceeding for a declaration of the rights of the parties under this Agreement or for any alleged breach or default thereof, the prevailing party to such action shall be entitled to an award of all of its costs, including reasonable attorney's fees, and any court costs incurred in said action or proceeding in addition to other damages or relief awarded, regardless of whether final judgment is entered in such action or proceeding.

17. Time is of the essence with respect to this Agreement.

18. This Agreement constitutes the entire undertaking between the parties hereto and supersedes all prior agreements, arrangements and understandings, if any, between the

parties hereto or the predecessors in interest of any party or parties hereto with respect to the subject matter hereof.

19. The City, the Applicant, and the Property Owner each represent to the other that they have the full right, power and authority to enter into this Agreement and to fully perform their obligations hereunder. Each person executing this Agreement warrants and represents that each has the authority to execute this Agreement in the capacity stated and to bind the City, the Applicant, and the Property Owner, respectively, except as otherwise specifically set forth herein.

20. All capitalized terms used in this Agreement which are not otherwise defined herein shall have the meaning set forth in the Zoning Ordinance.

[The remainder of this page is intentionally left blank. Signature page to follow.]

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands as of the day and year first above written.

SEAL

**CITY OF COTTLEVILLE, MISSOURI**

By: _____
Rich Francis, City Administrator

Attest: _____
Amy Lewis, City Clerk

STATE OF MISSOURI        )
                         ) SS.
COUNTY OF ST. CHARLES    )

On this __10__ day of ____June____, 2022, before me appeared Rich Francis, City Administrator, to me personally known, who, being by me duly sworn, did say that he is the City Administrator of the City of Cottleville, Missouri, and that the seal affixed to the foregoing instrument is the seal of said City, and that said instrument was signed and sealed in behalf of said City, by authority of its Board of Aldermen; and said City Administrator acknowledged said instrument to be the free act and deed of said City.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State the day and year first above written.

_____
Notary Public

My Commission Expires: 7-9-23

5

HARMONY POINTE, LLC

By: *Kurt E. Odle*, its *Managing Member*

STATE OF MISSOURI      )
                       ) SS.
COUNTY OF St. Charles  )

On this 10th day of June, 2022, before me appeared Kurt E. Odle, to me personally known, who, being by me duly sworn did say that s/he is the Managing Member of HARMONY POINTE, LLC., a Missouri statutory close corporation, and that said instrument was signed in behalf of said statutory close corporation by authority of its board of directors, and said Managing Member acknowledged said instrument to be the free act and deed of said statutory close corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

*Marjorie J. Hessling*
Notary Public

My Commission Expires: 7-19-2024

MARJORIE J HESSLING
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 11367095
My Commission Expires 07-19-2024

6