

November 1, 2022


Cliff Heitmann, P.E.
Bax Engineering
221 Point West Blvd.
St. Charles, Missouri 63304


**SUBJECT:**     Harmony Pointe – Hwy N - Construction Plans **Approval**


Dear Mr. Heitmann:


This letter serves as approval for the project mentioned above contingent on the following information.


1. Provide approvals from Duckett Creek, Missouri American Water, and Ameren Electric.

2. Provide approval from Shatro to be on his property with the development and the construction wash down area.

3. Provide executed new crow access easement at the south entrance.

4. Provide sealed retaining wall profiles and calculations.

5. A construction escrow will be required for this development.  The form is available on the City's website.  The escrow amount will be $25,000.

6.  Please submit a pdf copy of the approved plans.


It is the responsibility of the owner/developer to obtain approval from all other departments and outside organizations as required.  All City ordinances and standards shall be followed during the construction of the proposed improvements.  This approval does not relieve the developer or the designer of the obligation to comply with City ordinances or the responsibility for design errors that may become known at a future date.

It is the applicant and owner's responsibility to notify the Department of Public Works if there are changes to these plans resulting from reviews from other offices and agencies.


EXHIBIT
C

If you have any questions, please contact me at (636) 498-6565 ext. 9 or by email at leland.maize@cityofcottleville.com.

Sincerely,

Leland Maize
Assistant City Engineer

c:  Rich Francis, City Administrator
    Mike Noe, Bax Engineering