

May 19, 2023

Harmony Pointe LLC
c/o Mr. Kurt Odle, Registered Agent
1601 Cottleville Parkway
Cottleville, Missouri 63376

Re:   Stop Work Order – Harmony Pointe Apartments

Mr. Odle,

At the City of Cottleville (the "City") Board of Aldermen Meeting held May 18, 2022, a P.U.D. Final Plan was approved via Ordinance No. 2008 (the "Final Plan") regarding a development generally located near Highway N in the City, owned by Harmony Pointe LLC and commonly known as "Harmony Pointe" (the "Project").

It has come to the attention of the City that Harmony Pointe LLC has not begun construction on the Project in accordance with the requirements of the Municipal Code of the City of Cottleville (the "Municipal Code"). Under Section 405.390.C of the Municipal Code, an approved P.U.D. final plan, "shall expire and be of no effect one (1) year after the date of approval **unless construction is begun and diligently pursuant in accordance with the approved plan**." (Emphasis added). Because construction has not begun on the Project, the Final Plan has expired and is of no effect.

Under Section 405.400 of the Municipal Code:

"**[a]ny violation of** either the approved area plan or **approved final plan** shall be grounds for the Code Enforcement Officer to **issue a stop-work order** and to withhold building permits, occupancy permits or certificates of zoning compliance until the violation is removed, or the area plan and/or final plan is otherwise complied with, and shall cause the owner of the development, or any portion thereof, to be subject to the provisions of this Article." (Emphasis added).

Therefore, pursuant to Section 405.400 of the Municipal Code, **a Stop Work Order is hereby issued prohibiting any construction work or related activity to be conducted pursuant to the Final Plan or in furtherance of the Project**. This Stop Work Order shall apply to the real property identified on the Final Plan, including but not limited to those properties identified by Parcel Identification Nos. 3-0105-D039-00-004B.0000000, 3-0105-0304-00-0008.2100000, 3-0158-D039-00-004B.0000000.

Regards,

_____          _____
Bob Ronkoski, Mayor                                         Rich Francis, City Administrator

City of Cottleville • 5490 Fifth Street, Cottleville, MO 63304
Ph: (636) 498-6565  Fx: (636) 498-65675


EXHIBIT D

cc:    Jason Szachnieski, Project Manager
Vanstar Construction Co.
507 Fee Fee Road
St. Louis, Missouri 63043

ACI Boland Architects
17107 Chesterfield Airport Rd. Ste. 110
Chesterfield, Missouri 63005