

April 23, 2024

Harmony Pointe LLC
c/o Mr. Kurt Odle, Registered Agent
1601 Cottleville Parkway
Cottleville, Missouri 63376

Re:  **Stop Work Order – Harmony Pointe Apartments**

Mr. Odle,

As you are aware, the property owned by Harmony Pointe LLC ("Harmony") generally known and numbered as 1503 Highway N, Cottleville, Missouri, 63304, and bearing Parcel Identification Nos. 3-0158-D039-00-004B.0000000 and 3-0105-D039-00-004B.0000000 (the "Property") is zoned R-1B, Single Family Residential pursuant to the City's Zoning Code ("Zoning Code" or "Code")[1] and is located within the City's Historic Old Town Overlay District (the "Old Town District"). All developments in the Old Town District consisting of commercial and multiple family dwellings require a valid conditional use permit pursuant to § 405.095(B) of the Zoning Code. Additionally, projects in the Old Town District require a valid certificate of appropriateness, issued by the Old Town District Historic Commission, pursuant to Zoning Code § 405.115(A)(1).

Consistent with the above requirements, on or about November 17, 2021, Cliff Heitmann, on behalf of Harmony, submitted a conditional use permit application to the City requesting to use the Property in connection with a multiple family apartment project (the "Project"). Thereafter, on December 15, 2022, pursuant to Ordinance No. 1980, the City's Board of Aldermen approved the requested conditional use (the "Conditional Use Permit"). Moreover, on April 7, 2022, the City's Old Town Historic District Commission approved the Certificate of Appropriateness associated with the Project (the "Certificate of Appropriateness").

Harmony's Conditional Use Permit and Certificate of Appropriateness are expired. The City is aware of activities occurring on the Property which appear to relate to development of the Property under the now-expired Conditional Use Permit and Certificate of Appropriateness.

---

[1] The City's Zoning Code is contained in Title IV of the Municipal Code and is titled "Land Use." The Zoning Code consists of five separate Chapters include Chapter 400, Chapter 405, Chapter 410, Chapter 415, and Chapter 420. With respect to the City's zoning district regulations, conditional use permit regulations, and Old Town District regulations, the relevant chapters include 400 and 405. As such, all issues are governed by these two chapters.

EXHIBIT G

| P a g e

i. Conditional Use Permit

Pursuant to § 400.130(G)(1) of the Zoning Code "[n]o conditional use permit granted by the Board of Aldermen **shall be valid for a person longer than one hundred eighty (180) days from the date of the granting of the conditional use permit by the Board of Aldermen, *unless*,** within such period […] [a] building permit is obtained and the erection or alteration of the real property and related structures, if any, is commenced; or [t]he use is lawfully commenced." (Emphasis supplied). Because the use authorized by the Conditional Use Permit has not commenced, in order for the Conditional Use Permit to remain valid, Harmony was required to (1) obtain a building permit, *and* (2) begin the erection or alteration of the building and related structures, on or before **June 13, 2022, which was one hundred eighty (180) days following its issuance**. However, Harmony did not obtain a building permit until November 7, 2022. Therefore, the Conditional Use Permit is expired.

Pursuant to § 405.800(B) of the Zoning Code "[i]n case any building or structure is erected, constructed, reconstructed, altered, converted or maintained, or any building, structure or land is **used in violation of Sections 89.010 to 89.140, RSMo., or of any ordinance or other regulation made under authority conferred thereby, the proper local authorities of the municipality,** in addition to other remedies, may institute any appropriate action or proceedings to prevent such unlawful erection, construction, reconstruction, alteration, conversion, maintenance or use […] to prevent any illegal act, conduct, business, or use in or about such premises[.]" (Emphasis supplied). Moreover, § 405.800(C) provides that "[t]he **owner or general agent** of a building or premises where a violation of any provision of said regulations has been committed or shall exist […] or the **general agent, architect, builder, contractor or any other person who commits, takes part or assists in any such violation or who maintains any building or premises in which any such violation** shall exist <u>shall be guilty of a misdemeanor punishable by a fine of not less than ten dollars ($10.00) and not more than one hundred dollars ($100.00)</u> **for each and every day** <u>that such violation continues, but if the offense be willful on conviction thereof, the punishment shall be a fine of not less than one hundred dollars ($100.00) or more than two hundred fifty dollars ($250.00)</u> **for each and every day** that such violation shall continue[.]" (Emphasis supplied).

Because the City's conditional use permit requirements and regulations are promulgated under authority conferred by Sections 89.010 to 89.140, RSMo., and Harmony's Conditional Use Permit is expired, work conducted at the Property in furtherance of the Project is unlawful, and all parties involved are subject to the penalties described above.

ii. Certificate of Appropriateness

Section 405.135(C) of the Zoning Code provides that "[a] certificate of appropriateness shall become void unless construction is commenced within six (6) months of date of issuance or otherwise extended by the OTHDC[.]"

To preserve its Certificate of Appropriateness, Harmony was required to commence construction **by October 7, 2022,** or otherwise obtain an extension from the Old Town Historic District Commission. However, as discussed above, Harmony did not obtain its building permit

until November 7, 2022, so it could not have commenced construction prior to that date. Moreover, Harmony did not request, nor was it granted, an extension by the Old Town Historic District Commission. Therefore, the Certificate of Appropriateness is expired.

Pursuant to § 405.135(C) of the Zoning Code, "[i]n the event work is performed without the issuance of a certificate [of appropriateness] or not in accordance with such certificate, the Mayor or his/her designated representative **shall issue a stop work order and all work shall cease.**" (Emphasis added).

    iii.    <u>Conclusion</u>

Pursuant to § 405.800 of the Zoning Code, any persons continuing work at the Property in furtherance of the Project pursuant to the expired Conditional Use Permit may be prosecuted and fined appropriately.

Further, pursuant to § 405.135(C) of the Code, **a Stop Work Order is hereby issued prohibiting any work or related activity to be conducted pursuant in furtherance of the Project**. This Stop Work Order shall apply to the real property identified on the Conditional Use Permit, including but not limited to those properties identified by Parcel Identification Nos. 3-0105-D039-00-004B.0000000 and 3-0158-D039-00-004B.0000000. To correct such deficiencies, Harmony may apply for a newly issued conditional use permit and certificate of appropriateness under the processes and procedures provided for in the Code.

Regards,

*[signature]*

Michael Padella, City Administrator

cc:    Jason Szachnieski, Project Manager
       Vanstar Construction Co.
       507 Fee Fee Road
       St. Louis, Missouri 63043

       Amy Lewis, City Clerk