

Daniel S. Peters
Direct: (314) 719-3766
Fax: (314) 719-3721
dpeters@amundsendavislaw.com

June 28, 2024

Sent via email to: michael.padella@cityofcottleville.com

Michael Padella
City Administrator
City of Cottleville
590 Fifth St., Cottleville MO 63304

Re:   *Harmony Pointe Apartments* – Stop Work Order Issued 4/3/24

Dear Mr. Padella:

I represent Harmony Pointe LLC. As you know, the City of Cottleville previously granted my client permits to build a multifamily apartment development on the property it owns situated at 1503 Highway N. I am writing to respond to the City's letter dated April 23, 2024, that you sent issuing yet another stop working order prohibiting Harmony Pointe from performing "any work or related activity" on the project under threat of criminal prosecution.

As you know, less than a week before the date of your letter, the Circuit Court of St. Charles County entered a final judgment declaring the City's previous stop work order "null and void." *See* 4-17-24 Judgment. In spite of the Judgment – which remains final and binding on the City to this very day – less than a week later the City issued another stop work order on the project because, as you claimed in your letter, the Conditional Use Permit (CUP) and Certificate of Appropriateness previously issued to Harmony Pointe expired because it did not obtain a building permit from the City until November 7, 2022. **Both grounds mentioned in your letter were raised by the City, and rejected by the Court, to justify the earlier (now voided) stop work order that was overturned by way of the aforementioned Judgment.**

Your April 24th letter concludes with an invitation to Harmony Pointe to re-apply for a new conditional use permit and certificate of appropriateness "under the processes and procedures provided for in the Code." Because the aforementioned Judgment remains in effect and no rights to appeal were provided in your last letter, my client expects that the City is not attempting to re-litigate that matter but instead intends to follow the law by swiftly approving any of the aforementioned applications Harmony Pointe submits. If that is in fact the case we will coordinate with you re re-filing our applications. If, on the other hand, City is again attempting to deny approvals to Harmony Pointe, such will only serve to increase the damage to Harmony Pointe.

Further, my client will not waive any rights it has under the aforementioned Judgment or to challenge the validity of the latest stop work order issued by the City. Harmony Pointe expressly reserves any and all rights it has to enforce the Judgement and/or bring claims or pursue other

EXHIBIT I



Michael Padella
City of Cottleville
June 28, 2024
Page **2** of **2**

relief arising from the City's issuance of either of the stop work orders in connection with this project.

    I will follow up with you to obtain further clarification.

    Very truly yours,

    Amundsen Davis, LLC

    Daniel S. Peters

CC:    jhowell@hamiltonweber.com
        jburkhart@hamiltonweber.com