![City of Cottleville ...growing for tomorrow]

March 17, 2025

SENT VIA EMAIL TO:
keodle@progresspropertygroup.com

Harmony Pointe LLC
c/o Mr. Kurt Odle, Registered Agent
1601 Cottleville Parkway
Cottleville, Missouri 63376

Re:   **Harmony Pointe Apartments.**

Mr. Odle,

The Missouri Court of Appeals Eastern District, by its Opinion issued March 11, 2025, in the Cause Numbered ED112620, reversed the City of Cottleville Board of Adjustment's decision to uphold the stop work order issued by the City to Harmony Pointe, dated May 19, 2023 (the "2023 Stop Work Order").

I want to remind you of the stop work order the City issued on April 23, 2024 (the "2024 Stop Work Order"), applicable to Harmony Pointe's project at the parcel commonly known and numbered as 1503 Highway N, Cottleville, Missouri 63304 (the "Property"). **As identified in the 2024 Stop Work Order, Harmony Pointe's certificate of appropriateness expired on October 7, 2022.** Section 405.135(C) of the Municipal Code of the City of Cottleville (the "Municipal Code") authorizes the issuance of a stop work order "[i]n the event work is performed without the issuance of a certificate [of appropriateness.]" Consequently, because work occurred at the Property after the certificate of appropriateness expired, the Municipal Code authorized the 2024 Stop Work Order, and it remains effective.

Moreover, as identified in the 2024 Stop Work Order, Harmony Pointe's conditional use permit is expired. Therefore, not only will conducting work at the Property be in violation of the 2024 Stop Work Order, such work will also be subject to the penalties provided in § 405.800 of the Municipal Code.

Simply put, the 2024 Stop Work Order is valid and remains effective pursuant to § 405.135(C) of the Municipal Code. It should also be noted that Harmony Pointe never appealed the 2024 Stop Work Order. As such, unless and until Harmony Pointe obtains a new certificate of appropriateness


EXHIBIT M

Office: 636-498-6565   •   Fax: 636-498-6575
5490 Fifth Street   •   Cottleville, Missouri 63304
www.cityofcottleville.com

and conditional use permit, any work conducted at the Property may result in prosecution and be subject penalties under § 405.800 of the Municipal Code.

Sincerely,

*[signature]*

Michael Padella, City Administrator

cc via email:
Daniel Peters, Esq. (dpeters@amundsendavislaw.com)
Drew Weber, City Attorney (dweber@hamiltonweber.com)