

Attorneys at Law

200 North Third Street
St. Charles, Missouri 63301-2890
636-947-4700
Fax: 636-947-1743

www.hamiltonweber.com
dweber@hamiltonweber.com

April 30, 2025

SENT VIA EMAIL TO:
dpeters@amundsendavislaw.com

Daniel Peters, Esq.
Amundsen Davis, LLC
120 South Central Avenue, Suite 700
St. Louis, Missouri 63105

Re: *Harmony Pointe Apartments* ("Harmony") – Stop Work Order Issued 4/23/24
Project at 1503 Highway N in the City (the "Project")

Dear Mr. Peters:

I am writing in my capacity as City Attorney for City of Cottleville in response to your letter dated April 25, 2025, concerning the Project.

After careful consideration, the City has decided to rescind the Stop Work Order issued on April 23, 2024, effective immediately. This decision is a unilateral act of good faith intended to facilitate the timely progression of the Project and to promote a mutually agreeable resolution of any disputes related to this matter. Consistent with Missouri law, this rescission is not, and shall not be construed as, an admission of any fact, liability, or invalidity with respect to the Stop Work Order issued on April 23, 2024, or any prior actions taken by the City or its officials, employees, or agents. Rather, it reflects the City's commitment to encouraging constructive dialogue and avoiding protracted disputes and litigation, in keeping with the public policy favoring amicable resolutions.

The City trusts that this action will enable your client to resume construction promptly and looks forward to the successful completion of the Project. Should you have any questions or wish to discuss this matter further, please do not hesitate to contact me.

Sincerely,

*K Andrew Weber*

K. Andrew Weber

cc via e-mail:
Michael Padella, City Administrator

