UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Harmony Pointe, LLC, )
    Plaintiff(s), )
)
v. ) Case No.
)
City of Cottleville, MO, et al., )
    Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now **Plaintiff** and notifies the court of the intent to use
(Plaintiff or Defendant)

**Dave Conder**
(name and address of process server)
4740 Candleglow Dr.
St. Louis, MO 63129

To serve: **All Defendants** in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

01/06/2026                                         /s/ Zachary R. McMichael
(date)                                             (attorney for Plaintiff)

                                                   _____
                                                   (attorney for Defendant)