# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HARMONY POINTE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:26-cv-0011-PLC ) |
| CITY OF COTTLEVILLE, MISSOURI, et al., | ) ) |
| Defendants. | ) ) |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant City of Cottleville, Missouri, with the consent of Plaintiff, requests additional time, up to and including March 2, 2026, to respond to Plaintiff's Complaint, preserving the right to file at that time an answer, motion, or other appropriate responsive pleading, and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully Submitted,

HAMILTON WEBER LLC

/s/ Jared D. Howell
Jared D. Howell        #67332MO
Tanner A. Kirksey     #72882MO
200 N. Third Street
St. Charles, MO  63301
(636) 947-4700
jhowell@hamiltonweber.com
tkirksey@hamiltonweber.com

*Attorneys for Defendant City of Cottleville, Missouri*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing document was served this 28th day of January 2026, by the Court's electronic filing system, to:

Zachary R. McMichael, #68251MO
Capes, Sokol, Goodman & Sarachan, P.C.
8182 Maryland Ave., 15th Floor
St. Louis, MO 63105
314-505-5464
mcmichael@capessokol.com
*Attorneys for Plaintiff*

                                                    /s/ Jared D. Howell