STATE OF MISSOURI )
)
COUNTY OF ST. CHARLES )

I, Amy Lewis, City Clerk within and for the City of Cottleville, Missouri, do hereby certify that the foregoing constitutes a full, true and correct copy of section 405.400 of the Cottleville City Code the same as appears and remains on record in my office in City Hall.

IN WITNESS THEREOF, I have hereunto set my hand and affixed the seal of the City of Cottleville, Missouri, at my office in said City this 12th day of January 12, 2026.

_____
Amy C. Lewis, MRCC
City Clerk

**Exhibit A**

of Aldermen shall not review or approve plans for any subsequent phases of the PUD unless good cause can be shown for not completing same.

### Section 405.395. Extension of Time Limits.

[Ord. No. 43 §13.15, 1-8-1987; Ord. No. 1400 §25, 12-18-2014]

Time limits set forth in Sections 405.360(A)(1) and 405.390(B) herein will not be extended unless so ordered by the Board of Aldermen.

### Section 405.400. Violations.

[Ord. No. 43 §13.16, 1-8-1987; Ord. No. 1400 §25, 12-18-2014]

The approved area plan and/or final plan shall have the full force of the Zoning Ordinance. Any violation of either the approved area plan or approved final plan shall be grounds for the Code Enforcement Officer to issue a stop-work order and to withhold building permits, occupancy permits or certificates of zoning compliance until the violation is removed, or the area plan and/or final plan is otherwise complied with, and shall cause the owner of the development, or any portion thereof, to be subject to the provisions of this Article.

### Section 405.405. (Reserved) [10]

## ARTICLE VI
## Site Plan Review

### Section 405.410. Purpose.

[Ord. No. 43 §14.01, 1-8-1987]

A. It is recognized by this Article that there is a value to the public in establishing safe and convenient traffic movement to higher density sites, both within the site and in relation to access streets; that there is value in encouraging a harmonious relationship of buildings and uses both within a site and in relation to adjacent uses; further that there are benefits to the public in conserving natural resources. Toward this end, this Article requires site plan review and approval by the Commission for certain buildings and structures that can be expected to have a significant impact on natural resources, traffic patterns, adjacent land usage and the character of future urban development.

B. The site plan is intended to demonstrate to the Planning and Zoning Commission the character and objectives of the proposed development in adequate detail for the Commission to evaluate the effect the proposed development would have on the community and determine what provisions, if any, should be included as part of the plan and be binding on the use and development of the property.

---

10. Editor's Note: Former Section 405.405, "MFPUD" Multiple-Family Planned Unit Development, as adopted and amended by Ord. No. 429 §1, 11-4-1999, was repealed 12-18-2014 by Ord. No. 1400 §25.