**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HARMONY POINTE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:26-cv-0011-PLC** |
| | ) | |
| **CITY OF COTTLEVILLE, MISSOURI, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER OF DISMISSAL**

In accordance with the Memorandum and Order filed herewith this date,

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

Patricia L. Cohen
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of September, 2026